■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL REYES, Appellant. [790 NYS2d 909]—Motion for reargument granted and, upon reargument, the memorandum and order entered February 4, 2005 (15 AD3d 868 [2005]), is amended by deleting the fifth and sixth sentences from the last paragraph of the memorandum. Present—Hurlbutt, J.P., Kehoe, Gorski, Pine and Hayes, JJ.

■ In the Matter of BERNARD J. McGEE, an Attorney, Resignor. [791 NYS2d 456]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.

■ In the Matter of LINDA SENNHOLTZ FRIEDMAN, an Attorney, Resignor. [791 NYS2d 457]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.

■ In the Matter of ALAN E. FIELITZ, for Reinstatement to the Practice of Law. [791 NYS2d 457]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.